131 A.3d 412

IN THE MATTER OF ADAM S. PRIBULA, AN ATTORNEY AT LAW (ATTORNEY NO. 028572007).

March 4, 2016.

## ORDER

This matter have been duly presented pursuant to *Rule* 1:20–10(b), following a granting of a motion for discipline by consent in DRB 15–402 of **ADAM S. PRIBULA** of **CHATHAM,** who was admitted to the bar of this State in 2007;

And the District XA Ethics Committee and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (failure to act with reasonable diligence and promptness in representing a client), *RPC* 1.4(b) (failure to keep a client reasonably informed about the status of a matter and promptly comply with reasonable requests for information), *RPC* 1.15(b) (failure to promptly deliver to the client or third person any funds or other property that the client or third person is entitled to receive), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities);

And the parties having agreed that respondent's conduct violated *RPC* 1.1(a), *RPC* 1.3, *RPC* 1.4(b), *RPC* 1.15(b) and *RPC* 8.1(b), and that said conduct warrants a censure or lesser discipline;

And the Disciplinary Review Board having determined that a censure is the appropriate discipline for respondent's unethical

conduct and having granted the motion for discipline by consent in District Docket Nos. XA–2014–0021E and XA–2014–0041E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **ADAM S. PRIBULA** of **CHATHAM** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.